IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JIMMY WILLIAMS,

    Plaintiff,

  v.

CITY OF OAKLAND, a government entity, ANTHONY W. BATTS, in his capacity as Chief of Police for CITY OF OAKLAND, and DOES 1–25, inclusive, individually, and in their capacity as police officers for CITY OF OAKLAND,

    Defendants.

    /

No. C 10-05266 WHA

**ORDER DENYING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

Good cause not shown, the Court **DENIES** continuance of the case management conference for five weeks due to defense counsel's unavailability. The Court notes that defendants are represented by at least three lawyers in the Oakland city attorney's office. It is unnecessary for "lead" counsel to appear if the joint case management statement properly states all the necessary information requested by the local rules.

**IT IS SO ORDERED.**

Dated: February 23, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE