1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16                    UNITED STATES DISTRICT COURT
17                   NORTHERN DISTRICT OF CALIFORNIA
18
19
    JIMMY WILLIAMS,                    Action No. C-10-05266-WHA
20
              Plaintiff,               STIPULATION AND ~~PROPOSED~~ ORDER FOR
21                                     LEAVE TO FILE FIRST AMENDED COMPLAINT
    vs.
22
    CITY OF OAKLAND, a municipal orporation;
23  ANTHONY W. BATTS, in his capacity as Chief
    of Police for CITY OF OAKLAND; and, DOES 1-25,
24  inclusive, individually, and in their capacity as police
    officers for CITY OF OAKLAND,
25
              Defendants.              /
26
27                           STIPULATION
28
   All parties to this action stipulate and agree, by and through their respective counsel,
as follows:

STIPULATION AND ~~PROPOSED~~ ORDER FOR LEAVE TO FILE AND SERVE FIRST AMENDED SUMMONS AND COMPLAINT

1

1. That defendants grant leave to plaintiff to file his First Amended Summons and Complaint, for the sole purpose of substituting the names of defendant Oakland police officers DELMAR TOMPKINS; ANTHONY SOUZA; DOMETRIUS FOWLER; and MICHAEL ARSANIS, for defendant Oakland police officers DOES 1 through 4, respectively.

LAW OFFICES OF GAYLA B. LIBET

Dated: _____   By: __/s/___ Gayla B. Libet_____
                                  GAYLA B. LIBET, Esq.
                                  Attorneys for Plaintiff

OFFICE OF THE OAKLAND CITY ATTORNEY

Dated:_____   By: /s/___ Arlene M. Rosen_____
                                  ARLENE M. ROSEN, Esq.
                                  Attorneys for Defendants

## ORDER

In the future, leave to file an amended complaint must be sought *before* such complaint is filed, and the motion or stipulation seeking such leave must set forth in more detail the grounds warranting leave. As to the first amended complaint, however, pursuant to stipulation, leave to file is **Granted**.

Dated:___May 3, 2011._____   _____
                                  WILLIAM H. ALSUP
                                  United States District Court Judge