IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JIMMY WILLIAMS,

    Plaintiff,

v.

CITY OF OAKLAND, a municipal corporation, ANTHONY W. BATTS, in his capacity as Chief of Police for CITY OF OAKLAND, and DOES 1–25, individually, and in their capacity as police officers for CITY OF OAKLAND,

    Defendants.

No. C 10-05266 WHA

**ORDER SETTING HEARING ON DEFENDANTS' DISCOVERY DISPUTE**

Counsel shall come to the Court's jury room for a meet-and-confer on **FRIDAY, AUGUST 5, 2011, STARTING FROM 11:00 A.M. AND CONTINUING THROUGH TO 2:00 P.M.** At **2:00 P.M.**, the Court shall hear any unresolved discovery issue(s) in Courtroom 9. Plaintiff's response is due by **NOON ON AUGUST 2, 2011**. Please buzz chambers to be let into the jury room at 11:00 a.m.

Please note that only those lawyers who personally appear at the meet-and-confer in the Court's jury room on August 5 may be heard at the hearing.

**IT IS SO ORDERED.**

Dated: July 29, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE