UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY WILLIAMS, | Action No. C-10-05266-WHA |
|         Plaintiff, | **STIPULATION AND ~~PROPOSED~~ ORDER CANCELLING DISCOVERY CONFERENCE** |
| vs. | |
| CITY OF OAKLAND, a municipal orporation; ANTHONY W. BATTS, in his capacity as Chief of Police for CITY OF OAKLAND; DELMAR TOMPKINS; ANTHONY SOUZA; DOMETRIUS FOWLER; MICHAEL ARSANIS and, DOES 1-25, inclusive, individually, and in their capacity as police officers for CITY OF OAKLAND, | |
|         Defendants.                                       / | |

## STIPULATION

All parties to this action stipulate and agree, by and through their respective counsel, as follows:

1. That the discovery issues have been resolved at this time between plaintiff's counsel and defense counsel. Ms. Rosen has received Plaintiff's Responses to Special Interrogatories and is satisfied with the Responses;

2. Therefore, the discovery conference scheduled for 11 a.m. on 8-5-11 is cancelled.

LAW OFFICES OF GAYLA B. LIBET

Dated: 8-5-11   By: /s/   Gayla B. Libet
                    GAYLA B. LIBET, Esq.
                    Attorneys for Plaintiff

OFFICE OF THE OAKLAND CITY ATTORNEY

Dated: 8-5-11   By: /s/   Arlene M. Rosen
                    ARLENE M. ROSEN, Esq.
                    Attorneys for Defendants

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 5, 2011.

WILLIAM H. ALSUP
United States District Court Judge