UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

JIMMY WILLIAMS,
    Plaintiff,

v.

CITY OF OAKLAND, et al.,
    Defendants.
                               /

No. C 10-5266 WHA

**ORDER RE: ATTENDANCE**

Date: September 19, 2011
Mediator: Barbara Cray

    IT IS HEREBY ORDERED that the request to excuse defendant Chief of Oakland Police, Anthony Watts, from participating in the September 19, 2011, mediation before Barbara Cray is GRANTED.

    IT IS SO ORDERED.

August 23, 2011        By: _____
Dated                                     Elizabeth D. Laporte
                                              United States Magistrate Judge