|   |   |
|---|---|
| 1 | BARBARA J. PARKER, City Attorney - State Bar #069722<br>RANDOLPH W. HALL, Chief Assistant City Attorney - State Bar #080142 |
| 2 | WILLIAM E. SIMMONS, Supervising Trial Attorney - State Bar #121266<br>ARLENE M. ROSEN, Senior Deputy City Attorney - State Bar #100160 |
| 3 | One Frank H. Ogawa Plaza, 6th Floor<br>Oakland, California  94612 |
| 4 | Telephone:  (510) 238-6392, Fax:  (510) 238-6500<br>E-Mail: arosen@oaklandcityattorney.org |
| 5 | 27827/863053 |
| 6 | Attorneys for Defendants, |
| 7 | CITY OF OAKLAND, et al. |
| 8 | JOHN L. BURRIS, ESQ. – State Bar #69888<br>LAW OFFICES OF JOHN L. BURRIS |
| 9 | 7677 Oakport Street, Suite 1120<br>Oakland, California 94621 |
| 10 | Telephone: (510) 839-5200, Fax: (510) 839-3882<br>E-Mail: john.burris@johnburrislaw.com |
| 11 |  |
| 12 | GAYLA B. LIBET, ESQ., State Bar #109173<br>LAW OFFICES OF GAYLA B. LIBET |
| 13 | 486 41st Street, #3<br>Oakland, CA 94609 |
| 14 | Telephone & Fax: (510) 420-0324<br>E-Mail: glibet@sbcglobal.net |
| 15 | Attorneys for Plaintiff |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 19 | JIMMY WILLIAMS, | Case No.  C-10-05266 WHA |
| 20 | Plaintiff, | **STIPULATION AND [PROPOSED]** |
| 21 | v. | **ORDER TO EXTEND MEDIATION DEADLINE** |
| 22 | CITY OF OAKLAND, a governmental entity;<br>ANTHONY W. BATTS, in his capacity as Chief of | |
| 23 | Police for CITY OF OAKLAND; and, DOES 1-25,<br>inclusive, individually, and in their capacity as | |
| 24 | police officers for CITYY OF OAKLAND, | |
| 25 | Defendant(s). | |
| 26 | | |

1    It is hereby stipulated by the parties, through their respective counsel, that the deadline for completion of mediation be extended to a date no later than November 18, 2011.

Good cause exists for this continuance on the grounds that plaintiff has been unable to effect service of the summons and first amended complaint on defendant Delmar Tompkins and service of summons and the first amended complaint on the other newly named officer defendants was not confirmed until plaintiff filed proofs of service on September 8, 2011. Appearance and presence of all defendant officers at mediation would enhance its fruitfulness.

Dated: September 15, 2011     OFFICE OF THE CITY ATTORNEY OF OAKLAND

By: //s//ARLENE M. ROSEN
ARLENE M. ROSEN
Senior Deputy City Attorney
Attorneys for Defendants
City Of Oakland, et al.

Dated: September 15, 2011     LAW OFFICES OF JOHN L. BURRIS

By: //s//JOHN L. BURRIS
JOHN L. BURRIS
Attorneys for Plaintiff
Jimmy Williams

### [PROPOSED] ORDER

Good cause appearing therefor,

IT IS HEREBY ORDERED that the deadline for completion of mediation in this matter be extended to a date no later than **November 18, 2011.**

Dated: October 31, 2011.

_/s/ William Alsup_
William Alsup
UNITED STATES DISTRICT JUDGE