IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF OAKLAND, a government entity, ANTHONY W. BATTS, in his capacity as Chief of Police for City of Oakland, DELMAR TOMPKINS, ANTHONY JOSEPH SOUZA, DOMETRIUS FOWLER, and MICHAEL ARSANIS.<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　／ | No. C 10-05266 WHA<br><br><br>**ORDER REGARDING SETTLEMENT AND FILING DISMISSAL** |

　　　The pretrial conference in this case is set for March 19, 2012, at 2:00 p.m. and a jury trial is set to begin on March 26, at 7:30 a.m. According to the certification of mediation, the parties have fully settled this matter (Dkt. No. 38). If so, the parties shall file a stipulation of dismissal to terminate this action. Until then, all case management dates, including the pretrial conference and trial dates, are still in effect. The parties shall file a dismissal by **NOON ON FEBRUARY 17, 2012**.

　　　**IT IS SO ORDERED.**

Dated: February 10, 2012.

　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE